**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN THE INTEREST OF: A.E. AND R.P.,   :   No. 700 MAL 2015
MINORS   :
  :
  :
  :   Petition for Allowance of Appeal from
PETITION OF: K.E., MOTHER   :   the Order of the Superior Court


## ORDER


**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.